

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00525-CR

Alfred Fabian **FARIAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 731783
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we modify the trial court's judgment to reflect that appellant Alfred Fabian Farias pleaded not guilty to the charged offense. The judgment is AFFIRMED AS MODIFIED.

SIGNED August 6, 2025.

_____
Lori I. Valenzuela, Justice